AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

| United States of America | ) |
| v. | ) |
|  | ) Case No. 2:24-cr-14 |
| Erich Zeeb | ) |
| *Defendant* | ) Hon. Jane M. Beckering |
|  | United States District Judge |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ Erich Zeeb _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2251(a), (e) - Exploitation of a Child

Date: 05/08/2024                                   Deputy Clerk

City and state: Marquette, Michigan          Maarten Vermaat, United States Magistrate Judge
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 05/31/2024 , and the person was arrested on *(date)* 06/06/2024
at *(city and state)* Roanoke, VA .

Date: 06/06/2024

*Arresting officer's signature*

HSI SA Matthew McCahill
*Printed name and title*